UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH TANCREDI

    vs.                                                     CASE NO. : 3:12CV312(MPS)

ALLIED INTERSTATE, INC.

## JUDGMENT

This action having come on for consideration before the Honorable Michael P. Shea, United States District Judge and,

The Court having considered the full record of the case, including applicable principles of law, and based on the plaintiff's acceptance of the defendant's offer of judgment, is hereby directing the Clerk to close this case, it is therefore

ORDERED and ADJUDGED that judgment is hereby entered in favor of the plaintiff in the amount of $350.00, plus reasonable costs and attorneys' fees as recoverable by law and allowed by the Court.

ROBIN D. TABORA, Clerk

By _____
    Devorah Johnson
    Deputy Clerk

EOD 7/2/13